**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GUERRA JR. )<br>                                 )<br>       Plaintiff(s), )<br>                                 )<br> v.                              )<br>NETFLIX                   )<br>       Defendant(s), )<br>                                 )<br>_____ ) | Case No. CV 07-03343 MJJ<br><br>ORDER RE APPLICATION<br>TO PROCEED<br>IN FORMA PAUPERIS |

    IT IS ORDERED that the application to proceed in forma pauperis is GRANTED and that the Clerk issue summons.

    IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

**IT IS SO ORDERED.**

Dated: July 2, 2007

                                                           MARTIN J. JENKINS
                                                           United States District Judge