UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GUERRA JR., <br><br>　　　　　Plaintiff, <br><br>　v. <br><br>NETFLIX,, <br><br>　　　　　Defendant. _____/ | Case Number: CV 07-03343   MJJ <br><br>**CERTIFICATE OF SERVICE** <br><br>**ON NON E-FILING PARTY** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 11, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

**Louis Guerra, Jr.**
1533 Foxdale Ct.
San Jose, CA 95122

Dated: July 11, 2007

Richard W. Wieking, Clerk
By: Edward Butler, Deputy Clerk