Fill out form and print 4 copies. Sign and date all copies and route as specified below.

U.S. Department of Justice
United States Marshals Service



# NOTICE AND ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT BY MAIL

United States District Court
for the
Northern District of California


07 AUG -2 PM 12: 43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

TO: NETFLIX
545 Oakmead Parkway
Sunnyvale, CA 94085

Civil Action, File Number CV07-3343 MJJ

LOUIS GUERRA JR
v.
NETFLIX

The enclosed summons and complaint are served pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure, and California State law.

You **MUST COMPLETE** the acknowledgment part of this form below, **AND RETURN COPIES 1 AND 2** to the sender within 20 days. An envelope has been enclosed for this purpose. Keep copy 3 for your records.

YOU MUST SIGN AND DATE THE ACKNOWLEDGMENT ON ALL COPIES. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, you must indicate under your signature your relationship to that entity. If you are served on behalf of another person and you are authorized to receive process, you must indicate under your signature your authority.

If you do not complete and return copies 1 and 2 of this form to the sender within 20 days, you (or the party on whose behalf you are being served) may be required to pay any expenses incurred in serving a summons and complaint in any other manner permitted by law.

If you do complete and return copies 1 and 2 of this form, you (or the party on whose behalf you are being served) must answer the complaint within 20 days for private defendants and/or 60 days for Federal defendants. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

I declare, under penalty of perjury, that this Notice and Acknowledgment of Receipt of Summons and Complaint By Mail was mailed on this date.

7/11/07
Date of Signature

for Federico Rocha, US Marshal
Signature (USMS Official)

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS AND COMPLAINT

I declare, under penalty of perjury, that I received a copy of the summons and of the complaint in the above captioned manner at:

199 Fremont St., 10th Floor
Street Number and Street Name or P.O. Box No.

San Francisco, CA 94105
City, State and Zip Code

Signature   Bradley W. Kampas, Esq.

Attorney for Netflix
Relationship to Entity/Authority to Receive

Service of Process

8/1/2007
Date of Signature

Copy 1 - Clerk of Court
Copy 2 - United States Marshals Service
Copy 3 - Addressee
Copy 4 - USMS District Suspense

USM Form-299
Rev. 10/03
Automated 10/03

## CERTIFICATE OF SERVICE

Case Name:   Guerra v. Netflix.
Case No.:    USDC-ND; CV07-3343 MJJ

I, Cheryl K. Baltru, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On August 1, 2007, I served the attached **Notice and Acknowledgment of Receipt of Summons and Complaint by Mail** in this action by placing a true and correct copy thereof, enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| Louis Guerra, Jr. (One copy)<br>Plaintiff Pro Se<br>1533 Foxdale Court<br>San Jose, CA 95122 | United States Marshals Service (Two copies)<br>Northern District of California<br>Attn: Civil Section<br>P.O. Box 36056<br>San Francisco, CA 94102-3486 |

Clerk (One copy)
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

[X]   BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) *Courtesy copy by fax.*]

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]   BY FACSIMILE: I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 1, 2007, at San Francisco, California.

_____
Cheryl K. Baltru

CERTIFICATE OF SERVICE
C

Case No. CV07-3343 MJJ