Bradley Kampas, State Bar No. 111639
Cara Ching-Senaha, State Bar No. 209467
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS GUERRA, JR., <br><br> Plaintiff, <br><br> v. <br><br> NETFLIX, <br><br> Defendant. | Case No. C-07-3343 MJJ <br><br> **DECLARATION OF CHARLOTTE FALLA IN SUPPORT OF DEFENDANT NETFLIX, INC.'S MOTION FOR INTRADISTRICT TRANSFER TO SAN JOSE DIVISION** <br><br> Hearing Date: 10/2/2007 <br> Hearing Time: 9:30 a.m. <br> Courtroom: 11 <br><br> Complaint filed: June 26, 2007 <br><br> No Trial Date Set |

I, Charlotte Falla, hereby declare on the basis of personal knowledge:

1. I am employed by Defendant NETFLIX, INC. as Associate General Counsel. This declaration is submitted in support of NETFLIX, INC.'s Motion for Intradistrict Transfer the matter to the San Jose Division of the Northern District Court of California. I make the following statements based on personal knowledge.

2. NETFLIX, INC.'s headquarters is located in Los Gatos, California.

Executed this 16th day of August, 2007 in Los Gatos, California. I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct.

*[signature: Charlotte Falla]*

H:\N\Netflix Inc-Guerra (114259)\Guerra (114259)\Pleadings\Motion for Transfer (Intradistrict)\DECL. ISO Motion to Transfer - CMC 081407.doc