Bradley Kampas, State Bar No. 111639
Cara Ching-Senaha, State Bar No. 209467
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS GUERRA, JR.,<br><br>        Plaintiff,<br><br>    v.<br><br>NETFLIX,<br><br>        Defendant. | Case No. C-07-3343 MJJ<br><br>[PROPOSED] ORDER GRANTING DEFENDANT NETFLIX, INC.'S MOTION FOR INTRADISTRICT TRANSFER TO SAN JOSE DIVISION<br><br>[Fed.R.Civ.Proc. 12(b)(3); Civil L.R. 3-2(c), (e), (f)]<br><br>Hearing Date: 10/2/2007<br>Hearing Time: 9:30 a.m.<br>Courtroom: 11<br><br>Complaint filed: June 26, 2007<br><br>No Trial Date Set |

    On October 2, 2007, at 9:30 a.m., Defendant NETFLIX, INC., moved this Court for an order to transfer this matter from the San Francisco Division of the Northern District Court of California ("San Francisco Division") to the San Jose Division of the Northern District Court of California ("San Jose Division").

    Papers were submitted by the parties and argument was had before The Honorable Martin J. Jenkins.

1

1  The COURT having read and considered the parties' papers and oral argument, and
2  GOOD CAUSE appearing therefore,

3  **IT IS HEREBY ORDERED THAT:**

4  This matter shall be transferred to the San Jose Division of the United States District
5  Court, Northern District of California for all further proceedings.

6  **IT IS SO ORDERED.**

8  DATED: _____    _____
9  UNITED STATES DISTRICT COURT
   JUDGE MARTIN J. JENKINS

10 H:\N\Netflix Inc-Guerra (114259)\Guerra (114259)\Pleadings\Motion for Transfer (Intradistrict)\Proposed Order Granting Motion to Transfer - CMC 081407.doc