Bradley Kampas, State Bar No. 111639
Cara Ching-Senaha, State Bar No. 209467
JACKSON LEWIS LLP
199 Fremont Street, 10th Floor
San Francisco, California 94105
Telephone: (415) 394-9400
Facsimile: (415) 394-9401

Attorneys for Defendant
NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOUIS GUERRA, JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>NETFLIX,<br><br>　　　　　Defendant. | Case No. C-07-3343 MJJ<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[CIVIL L.R. 3-16]**<br><br>Complaint filed: June 26, 2007<br><br>No Trial Date Set |

**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

///

///

1

1  Volt Information Sciences, Inc.
   Corporate Headquarters
2  560 Lexington Avenue, 15th Floor
   New York, NY 10022
3  (Volt Informational Sciences, Inc. is a temporary staffing agency who was Platintiff's actual employer.)

Dated: August 20, 2007

Respectfully Submitted,

JACKSON LEWIS LLP

By: /s/ Bradley W. Kampas
Bradley W. Kampas
Cara Ching-Senaha
Attorneys for Defendant
NETFLIX, INC.

H:\N\Netflix Inc-Guerra (114259)\Guerra (114259)\Pleadings\Certificate of Interested Parties CMC 082007.doc

DEFENDANT NETFLIX, INC.'S CERTIFICATION OF INTERESTED PARTIES OR PERSONS   Case No. C-07-3343 MJJ