United States District Court
for the Northern District of California

Louis Guerra, Jr., )
)
　　　　　　Plaintiff )
) No. C-07-3343 MJJ
v. )
) Declination
) ~~Consent~~ to Proceed Before a
Netflix, ) United States Magistrate
)
　　　　　　Defendant )
)
)

## Consent to Proceed Before a United States Magistrate

In accordance with the provisions of Title 28, U.S.C. § 636(c), the below-named party[ies] to the above-captioned civil matter hereby voluntarily waive their rights to proceed before a Judge of the United States District Court and consent to have a United State Magistrate conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.

Dated: _____      _____
　　　　　　　　　　　　　　　　　　　Attorney for _____

## DECLINATION

The below-named party[ies] decline to consent at this time to reference of the above-captioned matter to a United States Magistrate for trial.

Dated: 8/17/2007                    _Bradley W. Kampas, Esq._
                                    Attorney for _Netflix, Inc._