1  Bradley Kampas, State Bar No. 111639
   Cara Ching-Senaha, State Bar No. 209467
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401

5  Attorneys for Defendant(s)
   NETFLIX, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| LOUIS GUERRA, JR., | Case No. C-07-3343 MJJ |
|---|---|
| Plaintiff(s), | **CERTIFICATE OF SERVICE** |
| v. | Complaint filed: June 26, 2007 |
| NETFLIX, | No Trial Date Set |
| Defendant(s). | |

## CERTIFICATE OF SERVICE

Case Name:   Guerra v. Netflix.
Case No.:    USDC-ND; CV07-3343 MJJ

I, Cheryl A. Belkin, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On August 20, 2007, I served the attached **(1) Defendant Netflix, Inc.'s Answer To Complaint; (2) Notice of Motion and Defendant Netflix, Inc.'s Motion for Intradistrict Transfer to San Jose Division; and Memorandum of Points and Authorities in Support of Motion; (3) Declaration of Charlotte Falla in Support of Defendant Netflix, Inc.'s Motion for Intradistrict Transfer to San Jose Division; (4) [Proposed] Order Granting Defendant Netflix, Inc.'s Motion for Intradistrict Transfer to San Jose Division; (5) Certification of Interested Entities or Persons; and (6) Declination to Proceed Before a United States Magistrate** in this action by placing a true and correct copy thereof, enclosed in sealed envelopes addressed as follows:

Louis Guerra, Jr. (One copy)
Plaintiff Pro Se
1533 Foxdale Court
San Jose, CA 95122

[X]   BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) *Courtesy copy by fax.*]

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]   BY FACSIMILE: I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY).

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

1 | Executed on August 20, 2007, at San Francisco, California.

*[signature]*
Cheryl A. Belkin

H:\N\Netflix Inc-Guerra (114259)\Guerra (114259)\Proofs of Service\Proof of Service  8 20 07.DOC

2

CERTIFICATE OF SERVICE                                    Case No. CV07-3343 MJJ