UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Louis Guevra, Jr.,

        Plaintiff(s),

    v.

Netflix, Inc.,

        Defendant(s).

Case No. C-07-3343 MJJ

ADR CERTIFICATION BY PARTIES
AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45)*;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 9/11/07

                                                      Louis Guevra Jr.
                                                      [Party]

Dated: 9/11/2007

                                                      Cara Ching-Senaha
                                                      [Counsel]
                                                      Atty. for Netflix, Inc.

## CERTIFICATE OF SERVICE

Case Name:  Guerra v. Netflix.
Case No.:   USDC-ND; CV07-3343 MJJ

I, Cheryl K. Baltru, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On September 11, 2007, I served the attached **ADR Certification by Parties and Counsel** in this action by placing a true and correct copy thereof, enclosed in sealed envelopes addressed as follows:

Louis Guerra, Jr.
Plaintiff Pro Se
1533 Foxdale Court
San Jose, CA 95122

[ X ]  BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) *Courtesy copy by fax.*]

[ ]  BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]  BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]  BY FACSIMILE: I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 11, 2007, at San Francisco, California.

_____
Cheryl K. Baltru

CERTIFICATE OF SERVICE                                             Case No. CV07-3343 MJJ
C