UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Louis Guerra, Jr.,
  Plaintiff(s),

v.

Netflix, Inc.,
  Defendant(s).

CASE NO. C-07-3343 MJJ

NOTICE OF NEED FOR ADR PHONE CONFERENCE

Counsel report that they have met and conferred regarding ADR and that they:

☐ have not yet reached an agreement to an ADR process
☒ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference _____

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Cara Ching-Senaha, Esq. | Netflix | 415/394-9403 | Ching-Senaha @jacksonlewis.com |
| Louis Guerra, Jr., Plaintiff Pro Se | | phone: (408) 520-5106 | email: KNEETURNE426@aol.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: 9/11/07

Dated: 9/11/2007

                                                  _____
                                                  Attorney for Plaintiff

                                                  _____
                                                  Attorney for Defendant

Rev 12.05

## CERTIFICATE OF SERVICE

Case Name: Guerra v. Netflix.
Case No.: USDC-ND; CV07-3343 MJJ

I, Cheryl K. Baltru, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On September 11, 2007, I served the attached **Notice of Need for ADR Phone Conference** in this action by placing a true and correct copy thereof, enclosed in sealed envelopes addressed as follows:

Louis Guerra, Jr.
Plaintiff Pro Se
1533 Foxdale Court
San Jose, CA 95122

[ X ]   BY MAIL: United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California. [( ) *Courtesy copy by fax.*]

[ ]   BY HAND DELIVERY: I caused such envelope(s) to be delivered by hand to the above address.

[ ]   BY OVERNIGHT DELIVERY: I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]   BY FACSIMILE: I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 11, 2007, at San Francisco, California.

_____
Cheryl K. Baltru

CERTIFICATE OF SERVICE
C

Case No. CV07-3343 MJJ