**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GUERRA JR., | No. C07-03343 MJJ |
| Plaintiff, | **ORDER GRANTING INTRADISTRICT TRANSFER TO SAN JOSE DIVISION** |
| v. | |
| NETFLIX, | |
| Defendant. | |

Before the Court is Defendant Netflix's ("Defendant's") Motion to Transfer from the San Francisco Division to the San Jose Division of the Northern District of California. (Docket No. 9.) Plaintiff Louis Guerra ("Plaintiff") does not oppose the Motion.

Civil actions arising in Santa Clara county are assigned to the San Jose Division. Civ. L.R. 3-2(e). A civil action may be transferred upon motion of the parties or by the court, if (1) the action was not assigned to the proper division, or (2) if the convenience of the parties and witnesses or the interests of justice will be served by transferring it. Civ. L.R. 3-2(f).

//

//

In the present case, Plaintiff's sole cause of action arises out of his termination from Defendant, a company located in Santa Clara County. (Plf.'s Cplt. at 1.) Furthermore, Plaintiff lives in Santa Clara County, Defendant is headquartered in Santa Clara County and the potential witnesses named in Plaintiff's complaint are, or were, employed in Santa Clara County. (Plf.'s Cplt.

at 1-2.)  The Court therefore finds that the matter arose in Santa Clara County and litigating the matter in San Jose will be more convenient for the parties.

For the foregoing reasons, the Court **GRANTS** the motion and **VACATES** the hearing.

**IT IS SO ORDERED.**

Dated: September 19, 2007

MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE