UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LOUIS GUERRA JR.,

        Plaintiff,

  v.

NETFLIX et al,

        Defendant.

Case Number: CV07-03343 MJJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on September 21, 2007, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Louis Guerra
1533 Foxdale Ct.
San Jose, CA 95122

Dated: September 21, 2007

Richard W. Wieking, Clerk
By: Alfred Amistoso, Deputy Clerk