**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**
_____
www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                       408.535.5364

**September 21, 2007**

**CASE NUMBER:  CV 07-03343 MJJ**
**CASE TITLE:  GUERRA-v-NETFLIX**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable James Ware** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JW** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 09-21-07


FOR THE EXECUTIVE COMMITTEE:

_____
                                                     Clerk



NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                 Special Projects
Log Book Noted                                       Entered in Computer 09/21/07 MAB


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                               Transferor CSA