**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUERRA, | No. C 07-03343 JW |
|       Plaintiff(s), | |
|   v. | CLERK'S NOTICE |
| NETFLIX, | |
|       Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT due to re-assignment of this case, the Case Management Conference before Martin J. Jenkins has been reset to be heard before Judge James Ware previously noticed for **December 3, 2007 at 10:00 AM,** Courtroom 8, 4th Floor, 280 S. 1st Street, San Jose, California. The parties shall file a Joint Case Management Conference statement by November 23, 2007. The parties shall re-notice any previous motions to be heard before Judge Ware, subject to the Court's availability.

Dated: September 28, 2007

                                                      FOR THE COURT,
                                                      Richard W. Wieking, Clerk

                                                      by: _____/s/_____
                                                              Elizabeth Garcia
                                                              Courtroom Deputy