**\*E-FILED\***
**January 31, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS GUERRA, JR., | No. C 07-03343 JW (RS) |
| Plaintiffs, | |
| v. | **ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE** |
| NETFLIX, | |
| Defendant. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

By written request dated January 29, 2008, Netflix, through its counsel, Cara Ching-Senaha, requested that Netflix's claims representative be excused from personally appearing at the settlement conference scheduled for February 29, 2008. No opposition was filed by any party.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ORDERED that Thomas A. Krcmarik be available by telephone from 9:30 a.m. Pacific Daylight Time until further notice on February 29, 2008.

///

///

///

///

1  If the court concludes that the absence of the claims representative is interfering with the
2  settlement conference, the Court may continue the settlement conference and may order personal
3  attendance by each party, including Thomas A. Krcmarik.
4  IT IS SO ORDERED.

6  Dated: January 31, 2008

7  _____
   RICHARD SEEBORG
   United States Magistrate Judge

2

**THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY PROVIDED TO**

Cara Mei Kam Ching-Senaha     ching-senahac@jacksonlewis.com, baltruc@jacksonlewis.com

Bradley W. Kampas     kampasb@jacksonlewis.com, belkinc@jacksonlewis.com

**AND A COPY OF THIS ORDER WAS MAILED TO:**

Louis Guerra, Jr
1533 Foxdale Ct.
San Jose, CA 95122

Dated: January 31, 2008

CHAMBERS OF MAGISTRATE JUDGE RICHARD SEEBORG

By:     /s/ *BAK*

**United States District Court**
For the Northern District of California

3