UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
<u>Civil Minute Order</u>

Time in Court: 3 hrs

## MAGISTRATE JUDGE RICHARD SEEBORG

ERO/CRT REPRTR:___FTR_____     DATE:___2/29/08_____

COURTROOM DEPUTY: MARTHA PARKER BROWN___

CASE #:____C 07-03343JW_____

CASE TITLE:___GUERRA_____ VS. _NETFLIX_____

**Appearances for Plaintiff(s)**          **Appearances for Defendant(s)**

  **PRO SE**_____            **BRADLEY W. KAMPAS**_____

_____          _____

_____          _____

### TODAY'S PROCEEDINGS

{ X }SETTLEMENT CONF.   { } PRETRIAL CONF.     { } MOTIONS LISTED BELOW:

<u>Pltf.</u>   <u>Deft.</u>   <u>Cross Mot.</u>
{  }    {   }    {   }   1._____
{  }    {   }    {   }   2._____
{  }    {   }    {   }   3._____
{  }    {   }    {   }   4._____

<u>DISPOSITION of TODAY'S PROCEEDINGS</u>

**[  ] SETTLED     [  ] NOT SETTLED   [  ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED      [  ] DENIED      [  ] SUBMITTED      [  ] DENIED/GRANTED in part

_____    _____    _____    _____

<u>[  ] BRIEFS TO BE FILED AS FOLLOWS</u>:

 {  } Cont'd to_____ @_____ For_____

_____

**ORDER TO BE PREPARED BY:**    [  ]PLTF;    [  ]DEFT;    [  ]COURT

Additional Comments:__SETTLEMENT PLACED ON THE RECORD._____