IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Louis Guerra, | NO. C 07-03343 JW |
|         Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
|   v. | |
| Netflix, | |
|         Defendant. | |

On February 29, 2008, the parties appeared before Judge Seeborg for a Settlement Conference. Judge Seeborg's minute entry indicates that the settlement was placed on the record. (See Docket Item No. 31.) In light of the settlement, the Court vacates all trial and pretrial dates. On or before **April 7, 2008**, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **April 14, 2008 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before **April 7, 2008**, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated:  March 4, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Bradley W. Kampas kampasb@jacksonlewis.com
Cara Mei Kam Ching-Senaha ching-senahac@jacksonlewis.com

Louis Guerra
1533 Foxdale Ct.
San Jose, CA 95122

**Dated: March 4, 2008**                                        **Richard W. Wieking, Clerk**

                                        **By:    /s/ JW Chambers**
                                              **Elizabeth Garcia**
                                              **Courtroom Deputy**

**United States District Court**
For the Northern District of California