```
 1  Bradley Kampas, State Bar No. 111639
    Cara Ching-Senaha, State Bar No. 209467
 2  JACKSON LEWIS LLP
    199 Fremont Street, 10th Floor
 3  San Francisco, California 94105
    Telephone: (415) 394-9400
 4  Facsimile: (415) 394-9401
    *Attorneys for Defendant*
 5  NETFLIX, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LOUIS GUERRA, JR.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NETFLIX,<br><br>　　　　Defendant. | Case No. C-07-03343 JW<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>Complaint Filed: June 26, 2007 |

Plaintiff Pro Se LOUIS GUERRA, JR. and Defendant NETFLIX, INC. (by and through its undersigned attorneys of record) hereby stipulate and agree that the Complaint shall be dismissed in its entirety with prejudice. Each party to bear their own costs and attorneys' fees.

Date: 4/7, 2008     PLAINTIFF PRO SE

　　　　　　　　　　　　　　By: /s/ Louis Guerra Jr.
　　　　　　　　　　　　　　　　LOUIS GUERRA, JR.

04/07/2008 13:28 IFAX ecopy@jacksonlewis.com → Reception 408-923-7769 ☐002/003
Apr 07 08 01:28p p.2
Case 5:07-cv-03343-JW    Document 33    Filed 04/07/2008    Page 2 of 3

| | | |
|---|---|---|
| 1 | Date: April 7, 2008 | JACKSON LEWIS LLP |
| 2 | | |
| 3 | | By: /s/ Cara Ching-Senaha |
| 4 | | Bradley W. Kampas<br>Cara Ching-Senaha<br>Attorneys for Defendant<br>NETFLIX, INC. |
| 5 | **SO ORDERED** | |
| 6 | | |
| 7 | Date: _____, 2008 | |
| 8 | | |
| 9 | | |
| 10 | | HONORABLE JAMES WARE<br>United States District Judge |

2

STIPULATION AND ORDER OF DISMISSAL     Case No. C-07-03343 JW

# CERTIFICATE OF SERVICE

Case Name:  Guerra v. Netflix.
Case No.:   USDC-ND; CV07-3343 MJJ

I, Cheryl K. Baltru, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On April 7, 2008, I served the attached **Stipulation and Order of Dismissal** in this action by placing a true and correct copy thereof, enclosed in sealed envelopes addressed as follows:

Louis Guerra, Jr.
Plaintiff Pro Se
1533 Foxdale Court
San Jose, CA 95122

[ X ]  BY MAIL:  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.  [( ) *Courtesy copy by fax.*]

[ ]  BY HAND DELIVERY:  I caused such envelope(s) to be delivered by hand to the above address.

[ ]  BY OVERNIGHT DELIVERY:  I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]  BY FACSIMILE:  I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 7, 2008, at San Francisco, California.

                                                    Cheryl K. Baltru

CERTIFICATE OF SERVICE                              Case No. CV07-3343 MJJ
C