04/07/2008 19:29 IFAX ecopy@jacksonlewis.com → Reception 408-923-7769 ☐001/003
Apr 07 08 01:28p p.1
Case5:07-cv-03343-JW Document 34 Filed 04/08/2008 Page 1 of 3

1  Bradley Kampas, State Bar No. 111639
   Cara Ching-Senaha, State Bar No. 209467
2  JACKSON LEWIS LLP
   199 Fremont Street, 10th Floor
3  San Francisco, California 94105
   Telephone: (415) 394-9400
4  Facsimile: (415) 394-9401
   *Attorneys for Defendant*
5  NETFLIX, INC.

**GRANTED**
*Judge James Ware*
4/8/2008

8  UNITED STATES DISTRICT COURT
9  NORTHERN DISTRICT OF CALIFORNIA
10 SAN JOSE DIVISION

12 LOUIS GUERRA, JR.,               Case No. C-07-03343 JW
13          Plaintiff,
                                    **STIPULATION AND ORDER OF DISMISSAL**
14     v.
15 NETFLIX,                          Complaint Filed: June 26, 2007
16          Defendant.

Plaintiff Pro Se LOUIS GUERRA, JR. and Defendant NETFLIX, INC. (by and through its undersigned attorneys of record) hereby stipulate and agree that the Complaint shall be dismissed in its entirety with prejudice. Each party to bear their own costs and attorneys' fees.

Date: 4/7, 2008                     PLAINTIFF PRO SE

                                    By: _____
                                        LOUIS GUERRA, JR.

---

1

STIPULATION AND ORDER OF DISMISSAL                              Case No. C-07-03343 JW

| | | |
|---|---|---|
| 1 | Date: April 7, 2008 | JACKSON LEWIS LLP |
| 2 | | |
| 3 | | By: *Cara Ching-Sen* |
| | | Bradley W. Kampas |
| 4 | | Cara Ching-Senaha |
| | | Attorneys for Defendant |
| 5 | | NETFLIX, INC. |

**SO ORDERED**

The Court terminates all pending deadlines, hearings and motions. The Clerk shall close this file

Date: April 8, 2008

_____
HONORABLE JAMES WARE
United States District Judge

2

STIPULATION AND ORDER OF DISMISSAL                                Case No. C-07-03343 JW

# CERTIFICATE OF SERVICE

Case Name:    Guerra v. Netflix.
Case No.:     USDC-ND; CV07-3343 MJJ

I, Cheryl K. Baltru, declare that I am employed with the law firm of Jackson Lewis LLP, whose address is 199 Fremont Street, 10th Floor, San Francisco, California 94105; I am over the age of eighteen (18) years and am not a party to this action.

On April 7, 2008, I served the attached **Stipulation and Order of Dismissal** in this action by placing a true and correct copy thereof, enclosed in sealed envelopes addressed as follows:

Louis Guerra, Jr.
Plaintiff Pro Se
1533 Foxdale Court
San Jose, CA 95122

[X]  BY MAIL:  United States Postal Service by placing sealed envelopes with the postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.  [( ) *Courtesy copy by fax.*]

[ ]  BY HAND DELIVERY:  I caused such envelope(s) to be delivered by hand to the above address.

[ ]  BY OVERNIGHT DELIVERY:  I caused such envelope(s) to be delivered to the above address within 24 hours by overnight delivery service.

[ ]  BY FACSIMILE:  I caused such document to be transmitted by facsimile from our fax number (415) 394-9401 to the fax number indicated above (by written agreement, confirming letter dated and signed MM/DD/YY

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on April 7, 2008, at San Francisco, California.

_____
Cheryl K. Baltru

CERTIFICATE OF SERVICE                                        Case No. CV07-3343 MJJ
C